

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-12-2012

# Brittany Morrow v. Barry Balaski

Precedential or Non-Precedential: Precedential

Docket No. 11-2000

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"Brittany Morrow v. Barry Balaski" (2012). *2012 Decisions.* Paper 619.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/619

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

BRITTANY MORROW;
EMILY MORROW, Minors, In Their Own Right, And By Their Parents
and Natural Guardians, Breadley Morrow and Diedre Morrow;
BRADLEY MORROW;
DIEDRE MORROW, Individually,
                                              Appellants

v.

BARRY BALASKI, Individually; THE BLACKHAWK SCHOOL DISTRICT

PRESENT:   McKEE, <u>Chief</u> <u>Judge</u>, SLOVITER, SCIRICA, RENDELL, AMBRO,
            FUENTES, SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN,
            GREENAWAY, JR., VANASKIE, and  NYGAARD[1], <u>Circuit</u> <u>Judges</u>

**ORDER**

The Court, *sua sponte,* orders rehearing *en banc* in the above captioned case.

It is ordered that the Clerk of this Court list the case for rehearing *en banc*

at the convenience of the Court.

                                          By the Court,


                                           /s/ Theodore A. McKee
                                          Chief Judge


Date: July 12, 2012
tmk/cc: Charles W. Craven, Esq.
        Albert A. Torrence, Esq.

_____

[1]Will participate as a member of the en banc court pursuant to 3d. Cir. I.O.P. 9.6.4.